1  Frank M. Pacheco, Esq., SBN 163467
   LAW OFFICES OF FRANK PACHECO
2  343 East Main Street, Suite 706
   Stockton, CA 95202
3  Telephone: (209) 937-0644
4  Email: fpachecolaw@gmail.comAttorney for Plaintiffs
   THOMAS JAMES CORRIGAN, et al.

5

6  **RIVERA HEWITT PAUL LLP**

7  11341 Gold Express Drive, Suite 160
   Gold River, California 95670

8  Tel: 916-922-1200 | Fax: 916 922-1303

9  Shanan L. Hewitt, SBN 200168

10 Email: shewitt@rhplawyers.com
   Attorneys for Defendant
11 COUNTY OF CALAVERAS

12
                        **UNITED STATES DISTRICT COURT**
13
                        **EASTERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  THOMAS JAMES CORRIGAN, individually and as co-successor-in-interest to Decedent JOHN JAMES CORRIGAN; KATHLEEN ANN WAITE, individually and as cosuccessor-in-interest to Decedent JOHN JAMES CORRIGAN; KIRSTIN LYNN CORRIGAN, individually and as cosuccessor-in-interest to Decedent JOHN JAMES CORRIGAN; D.J.C., a minor, individually and as co-successor-in-interest to Decedent JOHN JAMES CORRIGAN, by and through his Guardian ad Litem, THOMAS JAMES CORRIGAN, | Case No.: 1:20-cv-00931-DAD-SKO  **STIPULATION and ORDER FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**  **[E.D. Cal. L.R. 144(a)]**  **(Doc. 13)** |
| Plaintiffs, | |
| v. | |
| COUNTY OF CALAVERAS, a general law county public entity; RICK DiBASILIO, individually, and in this official capacity as the Sheriff of Calaveras County; KEVIN STEVENS, individually and in his official capacity as a sergeant for Calaveras County Sheriff's Department; JIM MOSER, individually and in his | |

official capacity as a deputy for Calaveras County Sheriff's Department; BRIAN TERRY, individually and in his official capacity as a deputy for Calaveras County Sheriff's Department; JOSEPH BOBERG, individually and in his official capacity as an officer for the California Highway Patrol; and DOES 1-50, inclusive, individually, jointly and severally.

Defendants.

Plaintiffs, by and through their counsel Frank M. Pacheco, Esq. of the Law Offices of Frank Pacheco and Defendant COUNTY OF CALAVERAS, by and through counsel Shanan L. Hewitt, Esq. of the Law Offices of Rivera Hewitt Paul LLP, hereby stipulate pursuant to Local Rule of Court 144(a) to an extension of time in order to permit Defendants COUNTY OF CALAVERAS, et al. to file a responsive pleading to Plaintiffs' Complaint for Damages (Doc. 1) filed on July 4, 2020, in accordance with the pleading requirements of the Federal Rules of Civil Procedure. The parties stipulate and have agreed to extend the responsive pleading deadline follows:

(1) Defendants COUNTY OF CALAVERAS, et al. were served with this lawsuit on or about September 21, 2020.

(2) The undersigned defense counsel was contacted on October 1, 2020 regarding possible representation of COUNTY OF CALAVERAS, RICK DiBASILIO, KEVIN STEVENS, JIM MOSER, BRIAN TERRY, JOSEPH BOBERG; After conducting a conflict check, defense counsel accepted the assignment, but to date is still awaiting case-related materials from the Calaveras County Sheriff's Department and will need to communicate with all individual Defendants involved in the incident at issue in order to properly prepare a responsive pleading to the Complaint (Doc. 1).

(3) Under the current circumstances, the parties have agreed and hereby stipulate to extend the time for Defendants COUNTY OF CALAVERAS, et al. to respond to the Complaint (Doc. 1) from the original responsive pleading due date of October 12, 2020 to the agreed

Stipulation and Order for an Extension of Time to File A Responsive Pleading
Page 2

upon date of October 27, 2020.  Accordingly, the parties hereby request that the Mandatory Scheduling Conference currently set for November 10, 2020 at 9:30 AM in Courtroom 7 be continued to a later date to be determined by the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 5, 2020 | LAW OFFICES OF FRANK M. PACHECO |
| | /s/ Frank M. Pacheco<br>FRANK PACHECO<br>Attorney for Plaintiffs |
| Dated: October 6, 2020 | RIVERA HEWITT PAUL LLP |
| | /s/ Shanan L. Hewitt<br>SHANAN L. HEWITT<br>Attorneys for Defendants |

### **ORDER**

GOOD CAUSE having been shown, the foregoing stipulated request for an extension of time for Defendants COUNTY OF CALAVERAS, et al. to file a responsive pleading to Plaintiffs' Complaint (Doc. 13) is HEREBY GRANTED.  Defendants COUNTY OF CALAVERAS, et al., shall file and serve their responsive pleading to Plaintiffs' Complaint no later than October 27, 2020.

Based on the foregoing, the Mandatory Scheduling Conference currently set for November 10, 2020, will be CONTINUED to **November 19, 2020, at 10:15 a.m.** before Magistrate Judge Sheila K. Oberto.  The parties SHALL file their joint scheduling report by no later than November 12, 2020.

IT IS SO ORDERED.

Dated:   **October 7, 2020**                         /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE