| | |
|---|---|
| 1 | Frank M. Pacheco, Esq., SBN 163467 |
| 2 | LAW OFFICES OF FRANK PACHECO |
|   | 343 East Main Street, Suite 706 |
| 3 | Stockton, CA 95202 |
|   | Telephone: (209) 937-0644 |
| 4 | Email: fpachecolaw@gmail.com |

Attorney for Plaintiffs
THOMAS JAMES CORRIGAN, et al.

**RIVERA HEWITT PAUL LLP**

11341 Gold Express Drive, Suite 160
Gold River, California 95670

Tel: 916-922-1200 | Fax: 916 922-1303

Shanan L. Hewitt, SBN 200168
Email: shewitt@rhplawyers.com

Attorneys for Defendants
COUNTY OF CALAVERAS,
SHERIFF RICK DIBASILIO,
SGT. KEVIN STEVENS,
CPL. JIM MOSER, and
CPL. BRIAN TERRY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS JAMES CORRIGAN, individually and as co-successor-in-interest to Decedent JOHN JAMES CORRIGAN; KATHLEEN ANN WAITE, individually and as cosuccessor-in-interest to Decedent JOHN JAMES CORRIGAN; KIRSTIN LYNN CORRIGAN, individually and as cosuccessor-in-interest to Decedent JOHN JAMES CORRIGAN; D.J.C., a minor, individually and as co-successor-in-interest to Decedent JOHN JAMES CORRIGAN, by and through his Guardian ad Litem, THOMAS JAMES CORRIGAN, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF CALAVERAS, a general law county public entity; RICK | Case No.: 1:20-cv-00931-DAD-SKO <br><br> **STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT, AN ENLARGEMENT OF THE DEADLINE TO FILE A RESPONSIVE PLEADING, AND CONTINUANCE OF THE MANDATORY SCHEDULING CONFERENCE** <br><br>(Doc. 15) |

|   |   |
|---|---|
| 1 | DiBASILIO, individually, and in this official capacity as the Sheriff of Calaveras County, KEVIN STEVENS, individually and in his official capacity as a sergeant for Calaveras County Sheriff's Department; JIM MOSER, individually and in his official capacity as a deputy for Calaveras County Sheriff's Department; BRIAN TERRY, individually and in his official capacity as a deputy for Calaveras County Sheriff's Department; JOSEPH BOBERG, individually and in his official capacity as an officer for the California Highway Patrol; and DOES 1-50, inclusive, individually, jointly and severally. |

Defendants.

Plaintiffs, by and through their counsel Frank M. Pacheco, Esq. of the Law Offices of Frank Pacheco, and Defendants, by and through their counsel Shanan L. Hewitt of Rivera Hewitt Paul LLP, hereby stipulate regarding Plaintiffs' filing of an amended complaint and Defendants' responsive pleading as follows:

(1) Plaintiffs filed their complaint on July 4, 2020 against Defendants County of Calaveras, Calaveras County Sheriff Rick DiBasilio, Sgt. Kevin Stevens, Cpl. Jim Moser, Cpl. Brian Terry, and CHP Officer Joseph Boberg;

(2) Plaintiffs' counsel, Frank M. Pacheco, and counsel for the Calaveras County Defendants, Shanan L. Hewitt, stipulated to an extension of time for the Calaveras County Defendants to file a responsive pleading by October 27, 2020 which was granted by the Court on October 7, 2020 (Doc. 14).

(3) On October 20, 2020, Defense Counsel emailed a meet and confer letter to Plaintiffs' Counsel Frank M. Pacheco in preparation for a motion under FRCP 12 as required by the Court's Standing Order (Doc. 3-1, page 2). On October 22, 2020, Mr. Pacheco contacted Ms. Hewitt by telephone and indicated his intent to file an amended complaint to address issues set forth in Ms. Hewitt's meet and confer letter.

(4) Accordingly, the undersigned counsel hereby stipulate and request that the Plaintiffs have until November 25, 2020 to file an amended complaint, and that Defendant Defendants County of Calaveras, Calaveras County Sheriff Rick DiBasilio, Sgt. Kevin Stevens, Cpl. Jim Moser, Cpl. Brian Terry shall file their responsive pleading within twenty-one (21) days after the amended complaint is filed.

(5) Further, the undersigned counsel hereby stipulate and request that the Mandatory Scheduling Conference currently set for November 19, 2020 be continued to a later date as the Court deems proper under the circumstances.

IT IS SO STIPULATED.

Dated: October 26, 2020                LAW OFFICES OF FRANK M. PACHECO


                                       __/s/ Frank Pacheco_____
                                       FRANK PACHECO
                                       Attorney for Plaintiffs

Dated: October 23, 2020                RIVERA HEWITT PAUL LLP


                                       __/s/ Shanan L. Hewitt_____
                                       SHANAN L. HEWITT
                                       Attorneys for Defendants
                                       COUNTY OF CALAVERAS,
                                       SHERIFF RICK DIBASILIO,
                                       SGT. KEVIN STEVENS,
                                       CPL. JIM MOSER, and
                                       CPL. BRIAN TERRY

**ORDER**

Having reviewed the Parties' stipulation and for good cause shown, the Court hereby **GRANTS** the Parties' request and **ORDERS** as follows:

1. Plaintiffs shall file their amended complaint by November 25, 2020;
2. Defendants County of Calaveras, Rick DiBasilio, Kevin Stevens, Jim Moser and Brian Terry shall file a responsive pleading to Plaintiffs' amended complaint no later than twenty-one (21) days after the amended complaint is filed; and
3. The mandatory scheduling conference currently set for November 19, 2020, is hereby continued to **January 21, 2021,** at 9:45 A.M., before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report no later than seven (7) days before the conference.

IT IS SO ORDERED.

Dated:   **October 27, 2020**                        /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE