| | |
|---|---|
| **RIVERA HEWITT PAUL LLP** | **LAW OFFICES OF FRANK PACHECO** |
| 11341 Gold Express Drive, Suite 160 | 343 East Main Street, Suite 706 |
| Gold River, California 95670 | Stockton, CA 95202 |
| Tel: 916-922-1200 \| Fax: 916 922-1303 | Tel: 209-937-0644 |
| Shanan L. Hewitt, SBN 200168 | Frank M. Pacheco, Esq., SBN 163467 |
| Email: shewitt@rhplawyers.com | Email: fpachecolaw@gmail.com |
| Attorneys for Defendants COUNTY OF CALAVERAS, SHERIFF RICK DIBASILIO, SGT. KEVIN STEVENS, CPL. JIM MOSER, and CPL. BRIAN TERRY | Attorney for Plaintiffs THOMAS JAMES CORRIGAN, et al. |

**CALIFORNIA DEPARTMENT OF JUSTICE**
2550 Mariposa Mall, Room 5090
Fresno, CA 93721

Tel: 559-705-2304 | Fax: 550-445-5106

Norman Donald Morrison, IV, SBN 212090
Email: Norman.Morrison@doj.ca.gov

Attorney for Defendant JOSEPH BOBERG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| THOMAS JAMES CORRIGAN, KATHLEEN ANN WAITE, KIRSTIN LYNN CORRIGAN, and DEVIN JAMES CORRIGAN, <br><br>    Plaintiffs, <br>vs. <br><br>COUNTY OF CALAVERAS, et al., <br><br>    Defendants <br>_____ | Case No.: 1:20-cv-00931 DAD SKO <br><br> STIPULATION AND ORDER TO CONTINUE THE INITIAL SCHEDULING CONFERENCE TO APRIL 2022 <br><br>**(Doc. 43)** <br><br> Date:         March 15, 2022 <br> Time:        10:15 a.m. <br> Courtroom:  7 <br> Judge:       Hon. Sheila K. Oberto |

///

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

Stipulation and Order to Continue Initial
Scheduling Conference to April
Case No. 1:20-cv-00931 DAD SKO

1

**PLAINTIFFS THOMAS JAMES CORRIGAN, KATHLEEN ANN WAITE, KIRSTIN LYNN CORRIGAN, and DEVIN JAMES CORRIGAN; DEFENDANTS COUNTY OF CALAVERAS, SHERIFF RICK DIBASILIO, SGT. KEVIN STEVENS, CPL. JIM MOSER, and CPL. BRIAN TERRY; and DEFENDANT JOSEPH BOBERG SUBMIT THAT GOOD CAUSE EXISTS TO CONTINUE THE INITIAL SCHEDULING CONFERENCE (DOC. 42) AND HEREBY STIPULATE AS FOLLOWS:**

Whereas the Court may delay issuance of a scheduling order for good cause under Fed. R. Civ. Proc. Rule 16(b)(2).

Whereas, Plaintiffs and Defendants met and conferred on March 3, 2022 regarding preparation of a joint scheduling report and the currently scheduled initial scheduling conference set for March 15, 2022 at 10:15 a.m. in Department 7.

Whereas, Shanan L. Hewitt, counsel for Defendants for County of Calaveras, Sheriff Rick Dibasilio, Sgt. Kevin Stevens, Cpl. Jim Moser, and Cpl. Brian, was set to commence trial in *Delores Smith v. County of Sacramento, et al.,* Sacramento County Superior Court Case No. 34-2017-00224105 on January 24, 2022 which was continued by the superior court to March 1, 2022, with jury selections anticipated to commence on March 7, 2022, and plaintiff's counsel in that case has now indicated the trial may go for three (3) weeks (into the week of March 21, 2022, a scheduling conflict now exists with this Court's initial scheduling conference set for March 15, 2022.

Whereas, Counsel Shanan L. Hewitt hereby requests, and the other parties' counsel in this action have agreed and stipulated thereto, that for the initial scheduling conference in this case be continued to a date in the month of April, any date on or after April 8, 2022 with the exception of April 12, 2022, April 15, 2022 and April 19, 2022.

///

///

///

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

Stipulation and Order to Continue Initial Scheduling Conference to April
Case No. 1:20-cv-00931 DAD SKO

2

**IT IS SO STIPULATED.**

DATED: March 3, 2022    **RIVERA HEWITT PAUL LLP**

  */s/ Shanan L. Hewitt*
  SHANAN L. HEWITT
  Attorneys for Defendants
  COUNTY OF CALAVERAS,
  SHERIFF RICK DIBASILIO,
  SGT. KEVIN STEVENS,
  CPL. JIM MOSER, and
  CPL. BRIAN TERRY

DATED: March 7, 2022    **LAW OFFICES OF FRANK M. PACHECO**

  */s/ Frank Pacheco*
  __(As authorized on 03/07/22)_____
  FRANK PACHECO
  Attorney for Plaintiffs

DATED: March 7, 2022    **CALIFORNIA DEPARTMENT OF JUSTICE**

  /s/ *Norman Donald Morrison, IV*

  __(As authorized on 03/07/22)_____
  NORMAN DONALD MORRISON, IV
  Attorney for Defendant Joseph Boberg

**ORDER**

In view of the parties' foregoing stipulation (Doc. 43), and for good cause shown, the initial scheduling conference is hereby CONTINUED from March 15, 2022, to **April 14, 2022, at 9:45 AM.**

The parties SHALL file their joint scheduling report no later than seven (7) days before the conference.

IT IS SO ORDERED.

Dated:   **March 8, 2022**        */s/ Sheila K. Oberto*
                 UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Continue Initial Scheduling Conference to April
Case No. 1:20-cv-00931 DAD SKO
3

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200