UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THOMAS JAMES CORRIGAN, et al., | No. 1:20-cv-00931-ADA-SKO |
|---|---|
| Plaintiffs, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| COUNTY OF CALAVERAS, et al., | (Doc. 69) |
| Defendants. | |

On April 13, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 69.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 14, 2023**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE